UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WYLMINA E. HETTINGA, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>WALTER P. HAMMON, et al.,<br><br>        Defendants. | Case No.: C 09-6040 PVT<br><br>**ORDER REFERRING THIS CASE TO DISTRICT JUDGE JAMES WARE FOR CONSIDERATION OF WHETHER CASE IS RELATED TO CASE NO. C09-0253 JW** |

    Plaintiff indicated on the Civil Cover Sheet filed with her complaint that this action is related to Case No. C09-0253 JW (which is entitled *Hettinga et al v. Orlando et al.*). Thus, it is appropriate to consider whether these two cases are "related" such that they should be assigned to the same judge. *See* Civil L.R. 3-12(c). Therefore,

    IT IS HEREBY ORDERED that this case is referred to Judge Ware for consideration of whether the present case is related to the earlier filed case.

Dated: *3/9/10*

                                          PATRICIA V. TRUMBULL
                                          United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on   *3/10/10*          to:

Wylmina E Hettinga
844 Downswood Court
San Jose, CA 95120

                                 */s/   Donna Kirchner         for*
                                 CORINNE LEW
                                 Courtroom Deputy